**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

AMANDA COLON, SANTOS SANTANA LEONARD,

And JUAN PEREZ,                                           Case No.  15-CV-4240

               Plaintiff,               **NOTICE OF VOLUNTARY**

        v.                                 **DISMISSAL PURSUANT TO**

AFNI, INC.,                                              **F.R.C.P. 41 (a)(1)(A)(i)**

             Defendant.

-----------------------------------------------------------x

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the

Plaintiffs Amanda Colon, Santos Santana Leonard, and Juan Perez  and their

counsel hereby give notice that they voluntarily dismiss their claims against the

Defendant with prejudice.

Dated: April 26, 2016                          Edward B. Geller, Esq., P.C. by

                                                Edward B. Geller, Esq.

                                                Attorney for Plaintiff